UNITED STATES of America,
Plaintiff–Appellee,

v.

Dwayne Alex McCASKEY,
Defendant–Appellant.

No. 13–7761.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 1, 2015.

Decided: May 6, 2015.

Dwayne Alex McCaskey, Appellant Pro Se. Shailika S. Kotiya, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before GREGORY, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dwayne Alex McCaskey appeals the district court's order dismissing his 28 U.S.C. § 2255 (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. McCaskey,* No. 2:10–cr–00016–BO–2 (E.D.N.C. Oct. 15, 2013); *see also United States v.* Foote, 784 F.3d 931, 2015 WL 1883538 (4th Cir. Apr. 27, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*